# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHANE R. FERRAN

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.   2022 CW 1312

**JANUARY 17, 2023**

---

In Re:   Louisiana Department of Public Safety and Corrections,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 704627.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**WRC**
**CHH**

**Theriot, J.,** concurs and would deny the writ on the showing
made. There was no testimony, either by affidavit or deposition,
by any supervisor of DPSC. The initial determination on a motion
for summary judgment is whether the supporting documents
presented by the moving party are sufficient to resolve all
material issues of fact and here they are not. This action does
not preclude the relator from filing a new motion for summary
judgment.

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

_____
DEPUTY CLERK OF COURT
FOR THE COURT